*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
TANG, J. STEPHENS, and GERRITY
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Charles H. MOORE**
Aviation Boatswain's Mate (Aircraft Handling)
Airman Recruit (E-1), U.S. Navy
Appellant

**No. 201900119**

Decided: 30 September 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Captain Arthur W. Record, JAGC, USN. Sentence adjudged 27 February 2019 by a special court-martial convened at Naval Base Kitsap Bremerton, Washington, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 10 months, and a bad-conduct discharge[1].

For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

---

[1] The Convening Authority suspended confinement in excess of 114 days pursuant to a pretrial agreement.

––––––––––––––––––––––––

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

––––––––––––––––––––––––

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court